## Offender Status Sheet

Date: 05/13/2005

| SBI #: | 00141758 | Name: | DANIEL A WEBSTER | | | |
|---|---|---|---|---|---|---|
| Location(s): | SCI | Level(s): 4 | Race: WHITE | | DOB: | 01/30/1957 |
| AKA: | | | | | | |
| Offender Type: | Sentenced | | Officer(s): | | | |

### Level: 4

Start Date: 05/16/2005   MED: 11/15/2005   STRD: 10/28/2005   ADJ: 10/28/2005   PED:   Statutory Days Earned: 18.00

| CASE#/ Court/ Type | CRA#/ Judge | Charge Desc/ Sen. Type/ Sentence Date | Status/ Eff. Date | Length Y | M | D | Start Dt | MED | STRD | Adj Date | CR Wk |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0205013274 U9 | IS02050841IN Richard F Stokes | STALKING 4204K NEW 07/03/2003 | Current 05/22/2002 | 6 | 0 | | 05/16/2005 | 11/15/2005 | 10/28/2005 | 10/28/2005 | |

Special Conditions:

| CRA# | Level | Code | Condition Description | Condition Comments |
|---|---|---|---|---|
| IS02050841IN | 4 | CRT1 | Other Conditions: | THIS IS LEVEL 4 WORK RELEASE- HOLD AT LEVEL 5 - SAJ |

AN ILLEGAL MOTION AND HABEAS CORPUS FILED ON THIS DAY JUNE 6TH, 2005 AT THE SUSSEX COUNTY SUPERIOR COURT HOUSE.

THIS IS FURTHER PROOF OF THE CORRUPTION INTO THE PREFABRICATION OF INJUSTICE DONE TO DANIEL WEBSTER BY THE ILLEGAL STATE OF DELAWARE.



FILED JUN 10 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

J.J.F. #04-361



I/M: DANIEL WEBSTER #141258
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

OFFICE OF THE CLERK
U.S. DISTRICT COURT
844 N. KING STREET
LOCK BOX #18
WILMINGTON, DE
19801-3570

J.J.F. #04-361