IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR SUSSEX COUNTY

DANIEL A. WEBSTER,
Petitioner,

v.                                          No. 1502205084/IN

STATE OF DELAWARE,
RICHARD KEARNEY, WARDEN,
Respondent.

FILED
JUN 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### PETITION FOR WRIT OF HABEAS CORPUS

COMES NOW, the petitioner, DANIEL A. WEBSTER, pro se and moves this Honorable Court to grant this writ for the following reasons:

MOTION OF ILLEGAL/INCARCERATION/SENTENCE BEGINNING ON 05/16/05 WHEN LEVEL 4 WORK RELEASE SENTENCE BEGAN; DANIEL WEBSTER SHOULD HAVE BEEN, "PHYSICALLY", MOVED TO A LEVEL 4 WORK RELEASE FACILITY. I REMAIN AT A LEVEL 5 PRISON; WHERE I AM BEING INCARCERATED ILLEGALLY.

"ILLEGAL INCARCERATION"

WHEREFORE, due to the foregoing reasons, the petitioner requests that this writ be granted and an order issued for his release.

Dated: 06/06/05

Daniel A. Webster
Sussex Correctional Institution
Route 113, P.O. Box 500
Georgetown, DE 19947

J.J.F. #04-361

I/M: DANIEL WEBSTER #141258
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE PB 2230370
$00.370  JUN 09 05
FROM ZIP CODE 19947

U.S.M.S.
X-RAY

OFFICE OF THE CLERK
U.S. DISTRICT COURT
844 N. KING STREET
LOCK BOX #18
WILMINGTON, DE
19801-3570

J.J.F. # 04-361