OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 29, 2005

TO: Daniel Webster
    SBI# 141758
    SCI
    P.O. Box 500
    Georgetown, DE 19947

**RE:  Return of Documents; 04-361 (JJF)**

Dear Mr. Webster:

   The Clerk's Office is in receipt of the above referenced papers (enclosed and returned herewith). Please be advised that it is unclear how you wish these papers to be treated. Please clarify your intentions for filing these papers in U.S. District Court and return for filing if necessary. If you are filing a new complaint, please file it in accordance with the Federal Rules of Civil Procedure. You may call the Clerk's office for additional filing information, or view our web page at: www.ded.uscourts.gov .

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                   Sincerely,

/bad                               PETER T. DALLEO
                                   CLERK

cc: The Honorable Joseph J. Farnan, Jr.