FILE 0104 367 J.S.F. 09/24/05

U.S. CLERK,

   TODAY I WRITE TO ASK YOU TO FILE THESE GRIEVANCES, MEDICAL, AND ADD THE WARDEN HERE AT S.C.C.C. TO PREVIOUS GRIEVANCES FILED #0104-A AND #0104-B. I STILL DO NOT HAVE MY WALLET, I.D.s, EXAMENED OR NOTIFICATION OF ANY DISPOSITION OF WALLET, ECT. #0104-A. I, ALSO, DO NOT HAVE RECREATION, YARD, ETC., WITHIN EVERY 24 HOUR PERIOD; ONCE A DAY, EVERY DAY. #0104-B.

   THERE ARE MANY, MANY, VIOLATIONS OF HUMAN RIGHTS ABUSES HERE AT S.C.C.C. THERE ARE, ALSO, MANY BLESSINGS, WHEN I AM ALLOWED TO GO TO WORK I AM GRATEFUL AND I FEEL BLESSED, GOD LIGHT SHINES LOVE!!

   GLORY BELONGS TO JESUS WHOM GLORIFIES GOD WHOM GAVE US THE GIFT OF JESUS WHOM BREATHED THE HOLY GHOST... AMEN....

S.C.C.C.
23307 DUPONT BLVD.
GEORGETOWN, DE
19947

FILED
AUG 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

SINCERELY,
Daniel A. Webster

COPIES SENT TO:
S.C.C.C., O.D.C., #C03-3-1, ETC.





I/M: DANIEL WEBSTER   BLDG: #14/258
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE   19947

S.C.C.C.

OFFICE OF THE CLERK
U.S. COURTHOUSE
844 N. KING ST., LOCK BOX #18
WILMINGTON, DE
19801-3570

U.S.M.S X-RAY

J.J.F. #04-361