## GRIEVANCE FORM

S.C.C.C./S.U.O.P.                              07/13/05

  DANIEL WEBSTER                         SBI# 141758

#0104-C                                      1200 HRS.

C-TIER-6-C

  I SUFFER CHRONIC HIGH BLOOD AND HYPER TENSION INDUCED FROM HIGH BLOOD PRESSURE.

!! SILENT KILLER !! SERIOUS ILLNESS !!

INCUBUS OF HEART ATTACKS, DIABETES, RESPORATORY DEATH.

  I HAVE REFUSED ALL MEDICATIONS AND TREATMENT AS A RESULT OF 100% TREATMENT LOSS. MY BLOOD PRESSURE HAS BECOME CUMBERSOME AND I CANNOT FUNCTION NORMALLY. I FEEL I MAY SUFFER A HEART ATTACK, DIABETE ATTACK, OR RESPORATORY ATTACK; ENEMIC WEAKNESS FEELING.

ACTION REQUESTED: HONOR 100% OF TREATMENT PROVIDED BY DOCTOR AND NURSE AT C.U.O.P. FACILITY: LIGHT DUTY EMPLOYMENT * ISSUED 07/12/05 * REINSTATE BOTTOM BUNK MEMO * I COULD DIE TODAY WITHOUT PROPER MEDICATIONS.

Daniel A. Webster                        07/14/05

* THIS COULD BE MY LAST WILL AND TESTAMENT; MALPRACTICE *

* THIS IS THE BEGINNING OF A 1983 CIVIL/CRIMINAL CLASSACTION SUIT *

GOD BLESS GOD AMEN

COPIES SENT TO: 07/14/05
U.S. COURTHOUSE J.J.F. #04-361
O.D.C. #C03-3-1
  ETC.