FORM #584

## GRIEVANCE FORM

FACILITY: S.C.C.C.    DATE: 07/19/05
GRIEVANT'S NAME: DANIEL WEBSTER    SBI#: 141758
CASE#: 0104-D    TIME OF INCIDENT: 0830 HRS.
HOUSING UNIT: C-6-C

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

S.U.O.P. APPOINTMENTS FOR MEDICAL PURPOSES ARE INTERFERING WITH MY ABILITY TO WORK. I AM COURT ORDERED TO WORK RELEASE TO PAY COURT COSTS, R+B, AND FINANCIALLY PREPARE FOR SOCIETY. TODAY I WOULD HAVE EARNED $75.00. ONLY, NOW I AM FORCED TO FORFEIT THE INCOME AND RISK BEING FIRED FROM MY JOB. I WOULD COME NOW AND REQUEST I AM NOT AT FAULT FOR MISSING WORK TODAY AND POSSIBLY BEING TERMINATED FROM MY PLACE OF EMPLOYMENT. *RIGHT TO WORK ACT VIOLATION*

ACTION REQUESTED BY GRIEVANT: I REQUEST S.U.O.P. CEASE ADDING DANIEL WEBSTER TO ALL AND ANY MEDICAL APPOINTMENTS, OR LIST FOR TREATMENTS, ETC. I CANNOT AFFORD TO LOSE JOBS AND INCOME DUE TO MEDICAL TREATMENT; THIS IS A BURDEN TO ME.

GRIEVANT'S SIGNATURE: Daniel A. Webster    DATE: 07/19/05

WAS AN INFORMAL RESOLUTION ACCEPTED?    ____(YES)    ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

* THIS IS THE BEGINNING OF A 1983 CIVIL/CRIMINAL CLASS ACTION SUIT *
IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT        GOD BLESS GOD AMEN
COPIES SENT TO:
U.S. COURTHOUSE J.J.F. #04-361    April '97 REV
O.D.C. #C03-3-1
ETC.