# Delaware Department of Correction
## Health Care Services Fee Sheet

==========================================================================

Inmate Name _____     SBI # _____

       (Last, First  MI)

Facility _____     Date _____

| | | |
|---|---|---|
| _✓_ | Chargeable Visit | $4.00 |
| ___ | Non Chargeable Visit | -0- |
| ___ | Medication Handling Fee ($2.00 X _____ ) | $_____ |

**Total Amount Charged To Inmate Account**           $_____

Health Care Staff Signature: _____

==========================================================================

**I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES
DESCRIBED ABOVE.**

Inmate Signature: _____     Date: _____

1) *Witness Signature: _____     Date: _____

2) *Witness Signature: _____     Date: _____

==========================================================================

The fee for services rendered will be deducted from your inmate account even if the amount
deducted generates a negative balance.  Any funds received by you will first be applied to any
negative balance.   Any negative balance remaining on your account when you are released will
remain active for three (3) years after the date of release.  Should you return to Delaware Department
of Correction as an inmate within that three (3) year period, the negative balance will be applied to
your inmate account on your new commitment.

Distribution:
Original: Facility Business Office     Posted/Entered by_____ Date_____
Copy:    Inmate Medical Record (yellow)
        Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

  3 part NCR

(C:Copay.96:Form.4)

*07/10/05 100% TREATMENT C.V.O.P.
INCLUDED MEDICAL BOTTOM BUNK MEMO AND
EAR WAX TREATMENT DROPS. HEARING AND SIGHT
LOSS ARE SYMPTOMS OF HIGH BLOOD PRESSURE*