08/05/03 FRI 14:27 FAX 3025736451     CLERK US DIST COURT    → → → CCIC DOC                   ☑001

## OFFICE OF THE CLERK
### UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

TO:   CCIC, Department of Corrections
      Fax number 8-302-739-7486

FROM: Peter T. Dalleo, Clerk, U.S. District Court

Re:   Forwarding addresses of prisoners

Mail has been returned to the U.S. District Court for the following prisoner(s) with civil suits pending in District Court because they are no longer incarcerated in Delaware prisons. The Court does not have date of birth information on the prisoners, but does have the institution they were last incarcerated in. Could we please have forwarding addresses for the following prisoner(s):

Daniel A. Webster
SBI# 141758
Central Violations Center
PO BOX 5003
Smyrna, DE 19977

John Palumbo
Deputy Clerk
573-6170
Telephone number

Our FAX phone number is (302) 573-6451.

Thank you for your assistance.

LKA: 317 Vine ST
Salisbury, MD
21804

Sincerely,

Peter T. Dalleo
Clerk, U.S. District Court