OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 2, 2005

TO:  Daniel A. Webster
     SBI # 141758
     S.C.C.C
     Sussex Correctional Institution
     P.O. Box 500
     Georgetown, DE 19947

**RE:**  Return of:
     Your Letter to Clerk dated 7/11/05,
     Clerk's Response Letter dated 7/27/05, seeking
          Clarification (returned as undeliverable)
     Your Letter to Clerk dated 7/24/05, containing
          grievances that do not appear related to your
          Habeas Petition CA 04-361 JJF
     Additional loose papers, such as "Schedule Report"
          with various dates; not appearing to be related to
          your Habeas Petition CA 04-361
     Clerk's Response Letter dated 8/3/05 seeking
          clarification, advising of procedures to file new
          complaint (returned as undeliverable)

Dear Mr. Webster:

    The Clerk's Office is in receipt of the above referenced
papers (enclosed and returned herewith), along with earlier filed
papers in CA 04-361 JJF.

    Please be advised that it is unclear how you wish these papers
to be treated.  Please clarify your reasons for filing these papers
in Civil Action 04-361 JJF, which is a PETITION FOR WRIT OF HABEAS
CORPUS, and only then return the papers for filing.  Subject
papers do not appear to pertain directly to your petition for
habeas corpus case which is currently pending before the Court.
Papers that you submit for filing, which directly pertain to a
civil action pending in this Court, must indicate your U.S.
District Court case number all such papers.  Papers that do not
specifically apply should not be filed under that case number.

If you are filing a new action, such as a civil rights complaint, please file it in accordance with the Federal Rules of Civil Procedure. You may contact the Clerk's office for additional filing information, or view our local rules. The local rules and forms needed for filing a new complaint are available at the law library at the institution where you are incarcerated.

A copy of the docket sheet for CA 04-361 JJF is enclosed. It does not appear that you specifically advised the Court when you moved from your previous mailing address to your current address at: SCCC, SCI, P.O. Box 550, Georgetown, DE 19947. In order to have correspondence from the Court and from Defendant's counsel mailed to you, both must have your correct mailing address. In the future, please notify in writing, both the Clerk's Office and defendant's counsel of any changes in your address, by sending a clearly written "Notice of Address Change" to all counsel and this office.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                Sincerely,

/rbe                            PETER T. DALLEO
                                CLERK


cc:  The Honorable Joseph J. Farnan, Jr., CA 04-361 JJF
     MLG
     Alpha File

**U.S. District Court**
**District of Delaware (Wilmington)**
**CIVIL DOCKET FOR CASE #: 1:04-cv-00361-JJF**
**Internal Use Only**

Webster v. Kearney, et al
Assigned to: Honorable Joseph J. Farnan, Jr.
Demand: $0
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 06/07/2004
Jury Demand: None
Nature of Suit: 530 Habeas Corpus
(General)
Jurisdiction: Federal Question

**Petitioner**

**Daniel A. Webster**

represented by **Daniel A. Webster**
SBI #141758
Daniel A. Webster, Pro Se
S.C.C.C.
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947
PRO SE

V.

**Respondent**

**Warden Rick Kearney**

represented by **Thomas E. Brown**
Department of Justice
820 N. French St.
Wilmington, DE 19801
(302) 577-8400
Email: thomase.brown@state.de.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Attorney General of the State of**
**Delaware**

represented by **Thomas E. Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/07/2004 | 1 | MOTION by Daniel A. Webster to Proceed in Forma Pauperis (dab) (Entered: 06/08/2004) |
| 06/07/2004 | 2 | PETITION for writ of habeas corpus (dab) (Entered: 06/08/2004) |
| 06/16/2004 | 3 | CASE assigned to Judge Joseph J. Farnan Jr. . Notice to all parties. (rjb) (Entered: 06/16/2004) |

| 06/24/2004 | 4 | Order that request to proceed ifp is granted and notifying petitioner that AEDPA applies to petition and petitioner must file attached election form with the court. Set Notice of Compliance deadline to 7/29/04 for Daniel A. Webster ( signed by Judge Joseph J. Farnan Jr. ) copies to: petitioner w/Mag. Consent form (afb) (Entered: 06/25/2004) |
|------------|---|---|
| 06/24/2004 | | **Terminated DI #1 per DI #4. (afb) (Entered: 06/25/2004) |
| 07/07/2004 | 5 | AEDPA Election Form filed by petitioner rmks: wish the Court to rule on my 2254 petition as currently pending. (afb) (Entered: 07/08/2004) |
| 07/19/2004 | 6 | ORDER, Clerk shall serve by certified mail a copy of the petition, the order dated 06/24/04, the AEDPA election form and this order upon the Warden and the Attorney General. Within 45 days of receipt, respondents shall respond as directed. ( signed by Judge Joseph J. Farnan Jr. ) Copies to: petitioner, Warden and AG and pro se writ clerk. (afb) (Entered: 07/20/2004) |
| 07/19/2004 | | clerk sent be cert. mail copies of DI #1,2,4,5 to the Kearney and the AG. (afb) (Entered: 07/20/2004) |
| 07/22/2004 | 7 | RETURN OF SERVICE executed as to Rick Kearney on 7/21/04 Answer due on 8/10/04 for Rick Kearney (afb) (Entered: 07/23/2004) |
| 07/23/2004 | 8 | RETURN OF SERVICE executed as to Attorney General on 7/22/04 Answer due on 8/11/04 for Attorney General (afb) (Entered: 07/26/2004) |
| 09/07/2004 | 9 | MOTION by Rick Kearney, Attorney General with Proposed Order to Extend Time to File an Answer to the Petition by 09/24/04 re: [9-1] motion (afb) (Entered: 09/08/2004) |
| 09/07/2004 | | **Added for Rick Kearney, Attorney General attorney Thomas E. Brown per DI #9. (afb) (Entered: 09/08/2004) |
| 09/08/2004 | | So Ordered granting [9-1] motion to Extend Time to File an Answer to the Petition by 09/24/04 ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (afb) (Entered: 09/09/2004) |
| 09/08/2004 | | Deadline updated; reset Answer deadline to 9/24/04 for Attorney General, for Rick Kearney from 08/11/04 per DI #9. (afb) (Entered: 09/09/2004) |
| 09/24/2004 | 10 | ANSWER to Complaint by Rick Kearney, Attorney General (Attorney Thomas Brown). (afb) (Entered: 09/25/2004) |
| 09/24/2004 | 11 | MOTION by Rick Kearney, Attorney General with Proposed Order to Extend Time to File State Court Records by 10/25/04 re: [11-1] motion (afb) (Entered: 09/27/2004) |
| 09/28/2004 | | So Ordered granting [11-1] motion to Extend Time to File State Court Records by 10/25/04 ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (afb) (Entered: 09/28/2004) |
| 09/28/2004 | | Deadline updated; set Notice of Compliance deadline to 10/25/04 for resp. to file cert. portions of state court recorder per DI #11. (afb) |

|  |  | (Entered: 09/28/2004) |
|---|---|---|
| 10/25/2004 | 12 | NOTICE of Filing of State Court Records by Rick Kearney, Attorney General (afb) (Entered: 10/26/2004) |
| 10/25/2004 | 13 | State Court Records. (afb) (Entered: 10/26/2004) |
| 06/10/2005 | ☉14 | Unclear Filing titled "OFFENDER STATUS SHEET" filed by Daniel Webster(afb, ) (Entered: 06/15/2005) |
| 06/10/2005 | ☉15 | Unclear filing titled "PETITION FOR WRIT OF HABEAS CORPUS" filed by Daniel Webster. (afb, ) (Entered: 06/15/2005) |
| 06/29/2005 | ☉16 | Letter to The pltf. from The Clerk of the Court regarding the Clerk's Office is in receipt of documents (D.I. 14 and D.I. 15). It is unclear how these documents are to be treated. Pltf. to clarify intentions. (afb, ) Modified on 7/5/2005 (afb, ). (Entered: 07/05/2005) |
| 07/27/2005 | ☉ | CORRECTING ENTRY: Letter dated 7/11/05 to Clerk from Plaintiff was originally docketed in CA 04-361, along with a service deficiency (DI 17 and 18). Both entries removed from the docket. A letter will be sent to plaintiff asking for clarification of his intentions for submitting this letter. (rbe, ) (Entered: 07/27/2005) |
| 08/01/2005 | ☉17 | Letter to The Clerk of the Court from Daniel A. Webster regarding grievances. (Attachments: # 1 attachment 1 grievance form# 2 attachment 2 grievance form# 3 attachment 3)(afb, ) (Entered: 08/03/2005) |
| 08/09/2005 | ☉18 | NOTICE of Change of Address for Daniel A. Webster from CCIC, Dept. of Corrections: Address changed to 317 Vine Street, Salisbury MD 21804 (rbe, ) (Entered: 08/09/2005) |
| 08/31/2005 | ☉ | Remark: Address updated per envelope received with letter to Clerk dated 7/24/05; I/M Daniel Webster, SBI 141758, S.C.C.C.Sussex Correctional Institution, P. O. Box 500, Georgetown, DE 19947 (rbe, ) (Entered: 08/31/2005) |



FILED

AUG 2 5 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Daniel Webster
317 Vine Street
Salisbury, MD 21804

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

U.S.M.S.
X-RAY

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 27, 2005

TO:  Daniel A. Webster
     SBI # 141758
     Central Violation Center
     P.O. Box 5003
     Smyrna, DE 19977-5003

**RE:**  Return of Letter to Clerk dated 7/11/05 for Clarification

Dear Mr. Webster:

The Clerk's Office is in receipt of the above referenced papers (enclosed and returned herewith). Please be advised that it is unclear how you wish these papers to be treated. Please clarify your intentions for filing these papers in U.S. District Court and return for filing if necessary. The papers do not appear to pertain to the petition for habeas corpus case that you currently have pending before this Court. Whenever papers that you submit for filing do pertain to a civil action pending in this Court, you must indicate your U.S. District Court case number all such papers.

If you are filing a new complaint, please file it in accordance with the Federal Rules of Civil Procedure. You may contact the Clerk's office for additional filing information, or view our local rules. Our local rules and the forms for filing a new complaint are available at the law library at the institution where you are incarcerated.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rbe

PETER T. DALLEO
CLERK

cc:  The Honorable Joseph J. Farnan, Jr.
     MLG
     CAF

CLERK DALLEO,

I AM NOT QUITE SURE HOW TO FOLLOW OR FILE THE INFORMATIONS I AM SENDING TO YOUR OFFICE. I FEEL AS THOUGH THEY DO APPLY TO MY CASE ENDING AS AN ILLEGAL SENTENCE OF DELAWARES MALICE AND ABUSE OF CRIMINAL GOVERNMENT FRENZY. THEY DO NOT HAVE THE DOC MAN POWER & FACILITIES TO EXICUTE SENTENCE ORDERS THEY LEVY.

I AM THANKFUL YOU HAVE FILED ALL OF THESE FORMS FOR ME. IT SEEMS YOU HAVE MADE THE JUDGES DO THEIR JOBS. I FEEL DELAWARE WANTS J BE DECLARED A DISASTER AREA SO SOLDIERS WILL DO THEIR WORK AND THEY CAN WATCH AND BANK THEIR PAY CHECKS DOING AS LITTLE AS POSSIBLE.

I AM NO LAWYER; I JUST KNOW I SHOULD NOT HAVE TO ENDURE INCARCERATION BECAUSE OF IN CONSTITUTIONAL HATE LAWS OF MEGAN U.S.A. YOU TELL ME HOW TO HANDLE THE FILES OF THESE FORMS; I DO NOT KNOW THE OPTIONS OF THE BEST PROCEDURE TO FILE CLAIMS. THANK YOU FOR YOUR CONSIDERATION AND HELPS IN THIS MATTER.

FILED
JUL 19 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
Returned 7/27/05
® Scanned

SINCERELY,
Daniel A. Webster

**FORM #584**

**GRIEVANCE FORM**

D.C.C.

FACILITY: CVOP / S.C.I.

TODAYS DATE: 07/11/05

GRIEVANT'S NAME: DANIEL WEBSTER

SBI#: 141758

CASE#: 0104-A

TIME OF INCIDENT: 1330 HOURS / 07-08-05 AND DATE

HOUSING UNIT: POD #9 BUNK# 909

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

"GRIEVANCE WRITTEN ON BACK"

ACTION REQUESTED BY GRIEVANT: ALL PERSONAL ITEMS TO BE RETURNED TO ME HERE AT CVOP AND RETURNED TO ME UPON RELEASE OR TRANSFER TO WORK/RELEASE. I NEED TO PHYSICALLY INSPECT ALL ITEMS AND SIGN A SHEET OF RECEIPT WITHIN TEN WORKING DAYS.

GRIEVANT'S SIGNATURE: Daniel A. Webster   DATE: 07/11/05

WAS AN INFORMAL RESOLUTION ACCEPTED?       _____(YES)   _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____       DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV
2369

**FORM #584**

**GRIEVANCE FORM**

FACILITY: _CVOP_                     DATE: _07/10/05_

GRIEVANT'S NAME: _DANIEL WEBSTER_   SBI#: _141758_

CASE#: _JESUS 101_                  TIME OF INCIDENT: _0800 A.M. - 0000 HRS._

HOUSING UNIT: _POD #9 BUNK #909_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_VIOLATION OF THE DISCRIMINATION ACT_
_VIOLATION OF THE FREEDOM OF RELIGION ACT_
_AT THE PRESENT TIME THERE IS ONE BIBLE STUDY_
_ON THURSDAY NIGHT - CHRISTIAN._

_THIS IS THE BEGINNING OF A 1983 CLASS_
_ACTION CIVIL SUIT AND/OR CRIMINAL CLASS_
_ACTION._

ACTION REQUESTED BY GRIEVANT: _PROVIDE DATES, TIMES, AND_
_CHAPEL AREA OF WORSHIP FOR ALL_
_DENOMINATIONS OF RELIGIONS._
_SUBMITTED TO STAFF ON 07/14/05_
_10 WORKING DAYS TO REPLY  07/28/05_

GRIEVANT'S SIGNATURE: _Daniel M. Webster_ DATE: _07/10/05_

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____  DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

_COPIES SENT TO: 07/10/05_
_S. DISTRICT COURT J.J.F. #04-361_
_D.C. # C03-3-1_
_ETC._

April '97 REV
2369

**FORM #584**

**GRIEVANCE FORM**

FACILITY: _CVOP_                                    DATE: _07/10/05_

GRIEVANT'S NAME: _DANIEL WEBSTER_         SBI#: _141758_

CASE#: _0104-R_                                    TIME OF INCIDENT: _1200-1230 HRS_

HOUSING UNIT: _POD#9 BUNK#909_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_VIOLATION OF THE /U.S. FEDERAL LAW/_
_/U.S. PRISON ACT/_

_EVERY INMATE IN THE U.S.A. SHALL HAVE AT_
_LEAST ONE HOUR PER DAY RECREATION - OUTSIDE_
_RECREATION WHERE POSSIBLE. THE A.C. UNIT HAS_
_FAILED TO EVEN OPERATE TODAY AND THERE IS NO_
_FLOW THROUGH VENTILATION OF FRESH AIR - AIR_
_HANDLER ONLY. THERE IS NO BACK-UP PLAN OR EQUIPMENT_
_TO SUPPLY FRESH AIR; NO FLOOR FANS, OR DOORS OPENED_
_TO COOL INMATES._

ACTION REQUESTED BY GRIEVANT: _ACCESS TO OUTSIDE_
_RECREATION OR WORK WEEKLY IN CREWS; FOR_
_FRESH AIR, EXERCISE, HEALTH BENEFITS OF_
_SUNSHINE, ETC. WE NEED TO BE UNMAXIMIZED_
_SECURITY, THIS IS LEVEL 4 NOT A PRISON LEVEL 5._

GRIEVANT'S SIGNATURE: _Daniel Webster_      DATE: _07/10/05_

_SUBMITTED TO STAFF 07/14/05 10 WORKING DAYS REPLY 07/28/05_

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

_THIS IS THE BEGINNING OF A 1983 CLASS ACTION CIVIL/CRIMINAL_

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

_COPIES SENT TO: 07/10/05_
_S. DISTRICT COURT J.J.F. #04-361_
_D.C. #C03-3-1_
_ETC._

April '97 REV
2369

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:04-cv-00361-JJF
## Internal Use Only

Webster v. Kearney, et al
Assigned to: Honorable Joseph J. Farnan, Jr.
Demand: $0
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 06/07/2004
Jury Demand: None
Nature of Suit: 530 Habeas Corpus
(General)
Jurisdiction: Federal Question

**Petitioner**

**Daniel A. Webster**

represented by **Daniel A. Webster**
SBI# 141758
SCI
P.O. Box 500
Georgetown, DE 19947
PRO SE

V.

**Respondent**

**Warden Rick Kearney**

represented by **Thomas E. Brown**
Department of Justice
820 N. French St.
Wilmington, DE 19801
(302) 577-8400
Email: thomase.brown@state.de.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Attorney General of the State of Delaware**

represented by **Thomas E. Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/07/2004 | 1 | MOTION by Daniel A. Webster to Proceed in Forma Pauperis (dab) (Entered: 06/08/2004) |
| 06/07/2004 | 2 | PETITION for writ of habeas corpus (dab) (Entered: 06/08/2004) |
| 06/16/2004 | 3 | CASE assigned to Judge Joseph J. Farnan Jr. . Notice to all parties. (rjb) (Entered: 06/16/2004) |
| 06/24/2004 | 4 | Order that request to proceed ifp is granted and notifying petitioner that |

| | | |
|---|---|---|
| | | AEDPA applies to petition and petitioner must file attached election form with the court. Set Notice of Compliance deadline to 7/29/04 for Daniel A. Webster ( signed by Judge Joseph J. Farnan Jr. ) copies to: petitioner w/Mag. Consent form (afb) (Entered: 06/25/2004) |
| 06/24/2004 | | **Terminated DI #1 per DI #4. (afb) (Entered: 06/25/2004) |
| 07/07/2004 | 5 | AEDPA Election Form filed by petitioner rmks: wish the Court to rule on my 2254 petition as currently pending. (afb) (Entered: 07/08/2004) |
| 07/19/2004 | 6 | ORDER, Clerk shall serve by certified mail a copy of the petition, the order dated 06/24/04, the AEDPA election form and this order upon the Warden and the Attorney General. Within 45 days of receipt, respondents shall respond as directed. ( signed by Judge Joseph J. Farnan Jr. ) Copies to: petitioner, Warden and AG and pro se writ clerk. (afb) (Entered: 07/20/2004) |
| 07/19/2004 | | clerk sent be cert. mail copies of DI #1,2,4,5 to the Kearney and the AG. (afb) (Entered: 07/20/2004) |
| 07/22/2004 | 7 | RETURN OF SERVICE executed as to Rick Kearney on 7/21/04 Answer due on 8/10/04 for Rick Kearney (afb) (Entered: 07/23/2004) |
| 07/23/2004 | 8 | RETURN OF SERVICE executed as to Attorney General on 7/22/04 Answer due on 8/11/04 for Attorney General (afb) (Entered: 07/26/2004) |
| 09/07/2004 | 9 | MOTION by Rick Kearney, Attorney General with Proposed Order to Extend Time to File an Answer to the Petition by 09/24/04 re: [9-1] motion (afb) (Entered: 09/08/2004) |
| 09/07/2004 | | **Added for Rick Kearney, Attorney General attorney Thomas E. Brown per DI #9. (afb) (Entered: 09/08/2004) |
| 09/08/2004 | | So Ordered granting [9-1] motion to Extend Time to File an Answer to the Petition by 09/24/04 ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (afb) (Entered: 09/09/2004) |
| 09/08/2004 | | Deadline updated; reset Answer deadline to 9/24/04 for Attorney General, for Rick Kearney from 08/11/04 per DI #9. (afb) (Entered: 09/09/2004) |
| 09/24/2004 | 10 | ANSWER to Complaint by Rick Kearney, Attorney General (Attorney Thomas Brown). (afb) (Entered: 09/25/2004) |
| 09/24/2004 | 11 | MOTION by Rick Kearney, Attorney General with Proposed Order to Extend Time to File State Court Records by 10/25/04 re: [11-1] motion (afb) (Entered: 09/27/2004) |
| 09/28/2004 | | So Ordered granting [11-1] motion to Extend Time to File State Court Records by 10/25/04 ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (afb) (Entered: 09/28/2004) |
| 09/28/2004 | | Deadline updated; set Notice of Compliance deadline to 10/25/04 for resp. to file cert. portions of state court recorder per DI #11. (afb) (Entered: 09/28/2004) |

| 10/25/2004 | 12 | NOTICE of Filing of State Court Records by Rick Kearney, Attorney General (afb) (Entered: 10/26/2004) |
| 10/25/2004 | 13 | State Court Records. (afb) (Entered: 10/26/2004) |
| 06/10/2005 | ☻14 | Unclear Filing titled "OFFENDER STATUS SHEET" filed by Daniel Webster(afb, ) (Entered: 06/15/2005) |
| 06/10/2005 | ☻15 | Unclear filing titled "PETITION FOR WRIT OF HABEAS CORPUS" filed by Daniel Webster. (afb, ) (Entered: 06/15/2005) |
| 06/29/2005 | ☻16 | Letter to The pltf. from The Clerk of the Court regarding the Clerk's Office is in receipt of documents (D.I. 14 and D.I. 15). It is unclear how these documents are to be treated. Pltf. to clarify intentions. (afb, ) Modified on 7/5/2005 (afb, ). (Entered: 07/05/2005) |
| 07/27/2005 | ☻ | CORRECTING ENTRY: Letter dated 7/11/05 to Clerk from Plaintiff was originally docketed in CA 04-361, along with a service deficiency (DI 17 and 18). Both entries removed from the docket. A letter will be sent to plaintiff asking for clarification of his intentions for submitting this letter. (rbe, ) (Entered: 07/27/2005) |

**Docket Entry Delete**

1:04-cv-00361-JJF Webster v. Kearney, et al

**This entry will be deleted:**

| | Doc # | Type | Date Filed | Text |
|---|---|---|---|---|
| ◉ | 17 | oth_doc | 07/19/2005 | Letter to The Clerk of the Court from Daniel W. Webster, dated 07/11/05, regarding filing of documents with exhibits. (Attachments: # (1) exhibits to letter)(afb, ) Modified on 7/25/2005 (afb, ). |

[ Next ]    [ Clear ]

**Docket Entry Delete**

1:04-cv-00361-JJF Webster v. Kearney, et al

**This entry will be deleted:**

| | Doc # | Type | Date Filed | Text |
|---|---|---|---|---|
| ⦿ | 18 | oth_evt | 07/25/2005 | DEFICIENCY NOTICE by the Court issued to Daniel A. Webster re [17] Letter. rmks: Certificate of Service is needed. (afb, ) |

[ Next ]    [ Clear ]

FILE# 04-361 J.J.F  07/24/05

U.S. CLERK,

TODAY I WRITE TO ASK YOU TO FILE
THESE GRIEVANCES, MEDICAL, AND ADD THE
WARDEN HERE AT S.C.C.C. TO PREVIOUS
GRIEVANCES FILED #0104-A AND #0104-B.
I STILL DO NOT HAVE MY WALLET, I.D,s
EXAMENED OR NOTIFICATION OF ANY DISPOSITION
OF WALLET, ECT. #0104-A, I, ALSO, DO NOT HAVE
RECREATION, YARD, ETC., WITHIN EVERY 24
HOUR PERIOD; ONCE A DAY, EVERY DAY. #0104-B.
    THERE ARE MANY, MANY, VIOLATIONS OF
HUMAN RIGHTS ABUSES HERE AT S.C.C.C.
THERE ARE, ALSO, MANY BLESSINGS, WHEN
I AM ALLOWED TO GO TO WORK I AM GRATEFUL
AND I FEEL BLESSED, GOD LIGHT SHINES LOVE!!
    GLORY BELONGS TO JESUS WHOM GLORIFIES
GOD WHOM GAVE US THE GIFT OF JESUS WHOM
BREATHED THE HOLY GHOST... AMEN... ✝

S.C.C.C.
2307 DUPONT BLVD.
GEORGETOWN, DE
19947

FILED
JUL 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

SINCERELY,
Daniel A. Webster
COPIES SENT TO:
S.C.C.C., O.D.C., #COS-3-1, ETC.

FORM #589: COPY OF FORM:
GRIEVANCE FORM

S.C.C.C. /S.U.O.P.                    07/13/05
DANIEL WEBSTER                   SBI# 141758
#0104-C                              1200 HRS.
C-TIER-6-C

I SUFFER CHRONIC HIGH BLOOD AND HYPER TENSION
INDUCED FROM HIGH BLOOD PRESSURE.
!! SILENT KILLER !! SERIOUS ILLNESS !!
INCUBUS OF HEART ATTACKS, DIABETES, RESPIRATORY DEATH.
    I HAVE REFUSED ALL MEDICATIONS AND TREATMENT AS A
RESULT OF 100% TREATMENT LOSS. MY BLOOD PRESSURE HAS
BECOME CUMBERSOME AND I CANNOT FUNCTION NORMALLY.
I FEEL I MAY SUFFER A HEART ATTACK, DIABETE ATTACK, OR
RESPORATORY ATTACK; ENEMIC WEAKNESS FEELING.

ACTION REQUESTED: HONOR 100% OF TREATMENT PROVIDED
BY DOCTOR AND NURSE AT C.V.O.P. FACILITY: LIGHT DUTY EMPLOYMENT
* ISSUED 07/12/05 * REINSTATE BOTTOM BUNK MEMO *
I COULD DIE TODAY WITHOUT PROPER MEDICATIONS.
Daniel A. Webster                    07/14/05

* THIS COULD BE MY LAST WILL AND TESTAMENT: MALPRACTICE *

* THIS IS THE BEGINNING OF A 1983 CIVIL/CRIMINAL CLASS ACTION SUIT *

GOD BLESS GOD AMEN

COPIES SENT TO: 07/14/05
U.S. COURTHOUSE J.J.F. # 04-361
O.D.C # C03-3-1
ETC.

**Delaware Department of Correction**
**Health Care Services Fee Sheet**

Inmate Name _____    SBI # _____
                        (Last, First MI)

Facility _____    Date _____

| | | |
|---|---|---|
| ___ | Chargeable Visit | $4.00 |
| ___ | Non Chargeable Visit | -0- |
| ___ | Medication Handling Fee ($2.00 X ____ ) | $_____ |

**Total Amount Charged To Inmate Account**                    $_____

Health Care Staff Signature: _____

---

**I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.**

Inmate Signature: _____    Date: _____

1) *Witness Signature: _____    Date: _____

2) *Witness Signature: _____    Date: _____

---

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original: Facility Business Office        Posted/Entered by_____   Date_____
Copy:    Inmate Medical Record (yellow)
             Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

(C:Copy:96:Form.4)

*07/10/05  100% TREATMENT C.U.O.A.
INCLUDED MEDICAL BOTTOM BUNK MEMO AND
EAR WAX TREATMENT DROPS. HEARING AND SIGHT
LOSS ARE SYMPTOMS OF HIGH BLOOD PRESSURE*



I/M: DANIEL WEBSTER BLDG: # W-258
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

S.C.C.C.



J.S.F. # 04-361

OFFICE OF THE CLERK
U.S. COURTHOUSE
844 N. KING ST., LOCK BOX #18
WILMINGTON, DE
19801-3570



Date: 07/18/2005

**SCCC Sussex Community Corrections Center**
23207 Dupont Blvd
GEORGETOWN DE, 19947
Phone#: 302-856-5790 Fax#: 302-856-5133

## SCHEDULE REPORT FOR :SCCC Sussex Community Corrections Center

### Appointment From 07/19/2005 To 07/19/2005

CURRENT RETURN →
MAILING ADDRESS

I COULD NOT WORK THIS SHIFT
I HAD TO GO TO MEDICAL

| Appointment Date | Time | SBI # | Offender Name (L,F,M,S) | Provider Name (L,F,M,S) | Service Type | Housing Unit | No Refusal | Recur. Appt | Status | Service Date |
|---|---|---|---|---|---|---|---|---|---|---|
| SCHEDULE INFORMATION | | | | | | | | | | |
| 07/19/2005 | 18:00 | | Baker Maurice J | Eniola Razaak | Chronic Care Clinic | Swru Building | ☐ | ☐ | | |
| 07/19/2005 | 18:00 | | Brown Walter B | Eniola Razaak | Chronic Care Clinic | Swru Building | ☐ | ☐ | | |
| 07/19/2005 | 18:00 | | Brzozowski Charles T | Eniola Razaak | Chronic Care Clinic | Vopu Building | ☐ | ☐ | | |
| 07/19/2005 | 18:00 | | Davis Sherida A | Eniola Razaak | Chronic Care Clinic | Vopu Building | ☐ | ☐ | | |
| 07/19/2005 | 18:00 | | Davis Sherida A | Eniola Razaak | Chronic Care Clinic | Vopu Building | ☐ | ☐ | | |
| 07/19/2005 | 18:00 | | Ingram Richard A | Eniola Razaak | Chronic Care Clinic | Vopu Building | ☐ | ☐ | | |
| 07/19/2005 | 18:00 | | Markel Michael L | Eniola Razaak | Chronic Care Clinic | Vopu Building | ☐ | ☐ | Cancelled | |
| 07/19/2005 | 18:00 | | Riddick Bobby | Eniola Razaak | Doctor | Vopu Building | ☐ | ☐ | | |
| 07/19/2005 | 18:00 | | Riddick Bobby | Eniola Razaak | Chronic Care Clinic | Vopu Building | ☐ | ☐ | | |
| 07/19/2005 | 18:00 | | Simering Jason C | Eniola Razaak | Chronic Care Clinic | Vopu Building | ☐ | ☐ | | |
| 07/19/2005 | 18:00 | | Smith Edmund | Eniola Razaak | Chronic Care Clinic | Vopu Building | ☐ | ☐ | | |
| 07/19/2005 | 18:00 | | Taylor Marc T J | Eniola Razaak | Chronic Care Clinic | Vopu Building | ☐ | ☐ | | |
| 07/19/2005 | 18:00 | | Vanauken James L | Eniola Razaak | Chronic Care Clinic | Swru Building | ☐ | ☐ | | |
| 07/19/2005 | 18:00 | | Walters Jason C | Eniola Razaak | Chronic Care Clinic | Vopu Building | ☐ | ☐ | | |
| 07/19/2005 | 18:00 | | Webster Daniel A | Eniola Razaak | Chronic Care Clinic | Swru Building | ☐ | ☐ | | |

**TOTAL SCHEDULES:** 16

Page 1 of 1

| LAST NAME | FIRST NAME | TIER/ POD | MEDICATION | | | | LABS | SICK CALL | TREATMENTS/VITALS | | | PPD'S | | CID | EKG'S/ | DENTAL | | MENTAL | PHYSICIAN'S | | |
| | | | 600 | 1100 | 1700 | 2015 | | | DAYS/DATES | AM | PM | CHECK | PLANT | NURSE | XRAY'S | S/C | TRAILER | HEALTH | SHUBERT | ENIOLA | FRANCES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VILLAS | ELIASANER | C | X | | | X | | | | | | | | | | | | | | | |
| WEBSTER | DANIEL | C | | | | | | | VS DAILY | 830 | | | | | | | | | | | |
| | | | | | | | | | D TIER | | | | | | | | | | | | |
| AMES | LEWIS | D | X | | X | | | | | | | | | | | | | | | | |
| DOLLARD | TONY | D | X | | X | | | | | | | | | | | | | | | | |
| HULLINGER | DONALD | D | X | | X | | | | | | | | | | | | | | | | |
| MAYHAN | BYRON | D | | | X | | | | | | | | | | | | | | | | |
| NELLIGAN | JAMES | D | X | | X | | | | | | | | | | | | | | | | |

"I CANNOT MY WORK SHIFT THAT I BEAT CANNOT WORK WHICE INSTITUTIONAC ON MEDICAL LIST, POLICIES I HAVE TO GOTO MEDICAL

| LAST NAME | FIRST NAME | POD | 600 | 1100 | 1700 | 2015 | LABS | SICK CALL | DAYS/DATES | AM | PM | CHECK | PLANT | NURSE | XRAY'S | S/C | TRAILER | MENTAL HEALTH | SHUBER | ENIOLA | FRANCES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BUCHANAN | WILLIE | B | X | | | | | | | | | | | | | | | | | | |
| COLLINS | VANCE | B | | | | | | | | | | | | | | | | | | | 1100 |
| LEITCH | DREW | B | X | | | X | | | | | | | | | | | | | | | |
| MCMILLAN | JOE | B | | | | | | | MISC TREAT | AM: N-PM | | | | | | | | | | | |
| MCMILLAN | JOE | B | X | X | X | X | | | V/S M-W-F | 830 | | | | | | | | | | | |
| MOORE | ARTHUR | B | X | | | X | | | V/S THURS | 830 | | | | | | | | | | | |
| PRICE | ERIC | B | | | | X | | | | | | | | | | | | | | | |
| REYNOLDS | STEPHEN | B | | | | | | | VS WEDNESDAY | 830 | | | | | | | | | | | |
| ROBINSON | JAMES | B | | | | | | | VS FRIDAY | 830 | | | | | | | | | | | |
| SATCHELL | BRUCE | B | | | | | | | V/S MON | 830 | | | | | | | | | | | |
| SHAFER | BRUCE | B | | | | | | 600 | | | | | | | | | | | | | |
| STEWART | MARK | B | | | | | | | V/S TUE | 830 | | | | | | | | | | | |
| TANNER | BRIAN | B | | | | | | | VS MON-FRI | 830 | | | | | | | | | | | |
| THOMAS | WILLIAM | B | X | | | | | | | | | | | | | | | | | | |
| WALLACE | DARRYL | B | X | | | X | | | | | | | | | | | | | | | |
| WEAVER | GREGORY | B | X | | | X | | | | | | | | | | | | | | | |
| | | | | | | | | | **C TIER** | | | | | | | | | | | | |
| AMES | LEWIS | C | X | | | X | | | | | | | | | | | | | | | |
| BOYCE | GEORGE | C | | | | | | | MISC RX | | | | | | | | | | | | |
| CALLAHAN | GLENN | C | X | | | X | | | | | | | | | | | | | | | |
| DAVIS | HOWARD | C | | | | | | | VS MON&THURS | 830 | | | | | | | | | | | |
| GRANTHAM | RICHARD | C | X | | | X | | | | | | | | | | | | | | | |
| GREIR | DAVID | C | X | | | X | | | FBS/RBS DAILY | 500 | 1500 | | | | | | | | | | |
| MEYER | SCOTT | C | X | | | | | | VS FRI | 830 | | | | | | | | | | | |
| NICHOLS | WAYNE | C | | | | | | | VS DUE 8-13-05 | 830 | | | | | | | | | | | |
| PETERSON | JAMES | C | | | | | | | VS FRIDAY | 830 | | | | | | | | | | | |
| PURNELL | WILLIAM | C | | | | | | | VS DUE 7-23 | 830 | | | | | | | | | | | |
| OWENS | JEFFREY | C | X | | | X | | | FBS/RBS DAILY | 500 | 1500 | | | | | | | | | | |
| SCHENCK | DANIEL | C | | | | | | | | | | | | | | | | | | | |
| STANLEY | DONALD | C | | | | | | | MISC TREAT | 830 | | | | | | | | | | | |
| SUDLER | RANDALL | C | | | | | | | FBS /RBS FRI | 500 | 1500 | | | | | | | | | | |
| TATE | THOMAS | C | | | | | | | VS FRI | 830 | | | | | | | | | | | |
| TATE | THOMAS | C | | | | | | | | | | | | | | | | | | | |
| VANAUKEN | JAMES | C | X | | | | | | | | | | | | | | | | | | |
| VILLAS | ELIAS/ANER | C | X | | | X | | | | | | | | | | | | | | | |
| WEBSTER | DANIEL | C | | | | | | | VS DAILY | 830 | | | | | | | | 830 | | | |
| | | | | | | | | | **D TIER** | | | | | | | | | | | | |
| AMES | LEWIS | D | X | | | | | | | | | | | | | | | | | | |
| BAKSH | SAMSAR | D | | | | | | | | | | | | | | | | | | | |
| DOLLARD | TONY | D | X | | | X | | | | | | | | | | | | | | | |
| HULLINGER | DONALD | D | X | | | X | | | | | | | | | | | | | | | |
| LECATES | KENNY | D | | | | | 500 | | | | | | | | | | | | | | |
| MOORE | RODNEY | D | X | | | X | | | | | | | | | 800 | | | | | | |
| NELLIGAN | JAMES | D | X | | | | 500 | | | | | | | | | | | | | | |

*(handwritten, right margin)* 07/19/05

*(handwritten, near D TIER)* MY WORK SHIFT: NO WORK

*(handwritten, bottom)* UNABLE TO WORK SHIFT AND REPORT TO MEDICAL AT SAME TIME

07/20/05

| LAST NAME | FIRST NAME | TIER/POD | MED 600 | MED 1100 | MED 1700 | MED 2015 | LABS | SICK CALL | DAYS/DATES | AM | PM | CHECK PLANT | CID NURSE | EKG'S/XRAYS | DENTAL S/C TRAILER | MENTAL HEALTH | HUBERT | ENIOLA | FRANCES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRICE | ERIC | | | | | | | | | | | | | | | | | | |
| REYNOLDS | STEPHEN | B | | | | X | | | VS WEDNESDAY | 830 | | | | | | | | | |
| RIDDICK | BOBBY | B | | | | | | | VS WED-FRI | 600 | | | | | | | | | |
| ROBINSON | JAMES | B | | | | | | | VS FRIDAY | 830 | | | | | | | | | |
| SATCHELL | BRUCE | B | | | | | | | VS MON | 830 | | | | | | | | | |
| SHAFER | BRUCE | B | | | | | | | | | | | | | | | | | |
| STEWART | MARK | B | | | | | 500 | | VS TUE | 830 | | | | | | | | | |
| TANNER | BRIAN | B | | | | | | | VS MON-FRI | 830 | | | | | | | | | |
| THOMAS | WILLIAM | B | | | | | | | | | | | | | | | | | |
| WALLACE | DARRYL | B | X | | | X | | | | | | | | | | | | | |
| WEAVER | GREGORY | B | X | | | X | | | | | | | | | | | | | |
| WHITE | VAUGHN | B | X | X | | X | | | | | | | | | | | | | |
| | | | | | | | | | **C TIER** | | | | | | | | | | |
| BOYCE | GEORGE | C | | | | | | 600 | | | | | | | | | | | |
| CALLAHAN | GLENN | C | X | | | X | | | | | | | | | | | | | |
| DAVIS | HOWARD | C | | | | | | | VS MON&THURS | 830 | | | | | | | | | |
| GRANTHAM | RICHARD | C | X | | | X | | | | | | | | | | | | | |
| HESTER | DONALD | C | | | | | | | | | | 500 | | | | | | | |
| MCNAIR | GERALD | C | | | | | | | | | | 500 | | | | | | | |
| MEYER | SCOTT | C | X | | | X | | | FBS/RBS DAILY | 500 | 1500 | | | | | | | | |
| NICHOLS | WAYNE | C | | | | | | | VS FRI | 830 | | | | | | | | | |
| PETERSON | JAMES | C | | | | | | | VS DUE 8-13-05 | 830 | | | | | | | | | |
| PURNELL | WILLIAM | C | | | | | | | VS FRIDAY | 830 | | | | | | | | | |
| OWENS | JEFFREY | C | | | | | | | VS DUE 7-23 | 830 | | | | | | | | | |
| SAVAGE | CLIFTON | C | | | | | | | | | | | | 800 | | | | | |
| SCHENCK | DANIEL | C | X | | | X | | | FBS/RBS DAILY | 500 | 1500 | | | | | | | | |
| STANLEY | DONALD | C | | | | | | | | | | | | | | | | | |
| SUDLER | RANDALL | C | | | | | | | MISC TREAT | 830 | | | | | | | | | |
| TATE | THOMAS | C | | | | | | | FBS/RBS FRI | 500 | 1500 | | | | | | | | |
| TATE | THOMAS | C | | | | | | | VS FRI | 830 | | | | | | | | | |
| TRAGO | MATTHEW | C | | | | | | | | | | 500 | | | | | | | |
| VILLAS | ELIASANER | C | X | | | X | | | | | | | | | | | | | |
| WEBSTER | DANIEL | C | | | | | | | VS FRI | 830 | | | | 800 | | | | | |
| | | | | | | | | | **D TIER** | | | | | | | | | | |
| BAKSH | SAMSAR | D | | | | | | | | | | | | | | | | | |
| GOODWYN | JAMES | D | | | | | | | | | | 500 | | | | | | | |
| HOFFMAN | MICHAEL | D | | | | | 500 | | | | | | | | | | | | |
| HULLINGER | DONALD | D | X | | | | | | | | | | | | | | | | |
| LECATES | KENNY | D | | | | X | | | | | | | | | | | | | |
| NELLIGAN | JAMES | D | X | | | X | | | | | | | | | | | | | |
| SHUE | JUSTIN | D | | | | | | 600 | | | | | | | | | | | |

MR. GIBBS CALLED MEDICAL; DISREGUARDED FURTHER MEDICACS

movement Sheet        7-24-05

PPD read — 0900

Kaliet Murrey - 4
Clyde Webster - 8  ← COULD THIS BE DANIEL WEBSTER ?
David Bessford - 2

Vital Signs — 0900              ( INCOMPETENCE )

Daniel Blevins - 3         ACHIEVE YOUR BEST
Michael Casey - 4         GRADUATED LEVEL
Clerence Jarmes - 1        IN THE CRIMINAL
Darren Lewis - 1          GOVERNMENT OF
Darryl Pollard - 1           CORROPTION
Anthony Reneri -           FRENZY
Edmond Smith - 1
                         DELAWARE
Diabetics — 0500 & 1500        DOC
Leroy Allen - 2  (0500 only)   CLOSE ENOUGH FOR
Mary Boggs - A            GOVERNMENT WORK
Concezio D'Angeli - 10
Jermaine Flemer - 0
Scott Meyer - C
Jemeel Muhammed -
Daniel Schenck - C
Rodney Wells - 3
William Wells - 9

Treatments   0900   THANK YOU JESUS

Robert Cooper - 2

         ↓

MEDICAL LIST PERFECTION

  ?      ?        ?
                    GOD BLESS GOD
                        AMEN

FF ON SUNDAY ← → DISREGUARDED THIS MEDICAL



Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

RECEIVED
AUG 0 4 2005
SCI MAILROOM

RECEIVED
AUG 2 9 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

U.S. POSTAGE
PB 2230370
$00.37°
AUG 05 05
1725
7925
7591
FROM ZIP CODE
19947

10947 SCI

Daniel A. Webster
SB# 141758
SCI
P.O. Box 500
Georgetown, DE 19947

RTS
RETURN TO SENDER

INSUFFICIENT ADDRESS
ATTEMPTED NOT KNOWN
NO SUCH NUMBER/ STREET
NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD
OTHER

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 3, 2005

TO:   Daniel A. Webster
      SBI# 141758
      SCI
      P.O. Box 500
      Georgetown, DE 19947

**RE:  New Complaint**

Dear Mr. Webster:

It appears, perhaps incorrectly, that you are attempting to file a complaint with this Court.

The Federal Rules of Civil Procedure set forth the rules for filing a Complaint in the United States District Court. A Complaint must list the plaintiff (the person filing the Complaint) and the defendant(s) against whom you are filing your claim. A Complaint must contain a short and concise statement of your claim, the grounds for the Court's jurisdiction (unless the Court already has jurisdiction and no new grounds of jurisdiction are required) and a demand for judgment for the relief you seek. (See Fed.R.Civ.P.8). You may attach to the Complaint any attachments or supplemental papers which you feel are necessary to support your claim. Copies of this Court's Local Rules of Civil Procedure are available for purchase for $2.00 and may be available for review at the institution legal library. Forms are available at the legal library of the institution where you are incarcerated.

If you desire to proceed in forma pauperis without prepayment of the filing fee, an affidavit to proceed as a pauper is required. Should you decide to pay the filing fee, the fee is $250.00. Obviously, if you pay the filing fee an affidavit of poverty is not required.

You must sign **both** the Complaint and the in forma pauperis petition if you are proceeding as a pro se litigant.

When your Complaint and affidavit of pauper status is filed, it will be submitted to a judge for determination as to your standing to proceed as a pauper.  If this status is granted, pursuant to an Order, you will be responsible to provide sufficient copies of the Complaint and Order (one for **each** person to be served) and USM 285 Marshal's Service Forms to effect service. Only then will the U.S. Marshal serve the persons noted on the USM 285 forms with the Complaint and Order.

Once an Order has been entered by the Court to determine whether your matter may proceed, you will be advised of the requirements for service.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: Alpha File

