**ADP** — Earnings Statement — ©2001 Automatic Data Processing, Inc. — TEAR HERE

"NOTICE OF CHANGE OF ADDRESS" 09/11/05

04-361 (JJF)

SEA ENVELOPE FACE

FILED SEP 13 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

| CO. | FILE | DEPT. | CLOCK | NUMBER | 052 |
|---|---|---|---|---|---|
| YR6 | 000802 | 066 | | 0000071084 | 1 |

CUSTOM DECORATIVE MOULDINGS
P.O. BOX 2012
GREENWOOD, DE 19950

Period Ending: 07/23/2005
Pay Date: 07/29/2005

DANIEL WEBSTER
S.C.C.C.
GEORGETOWN, DE
23207 DUPONT BLVD
19947

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  State: 1

Social Security Number: XXX-XX-4594

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.2500 | 32.25 | 233.81 | 233.81 |
| **Gross Pay** | | | **$233.81** | 233.81 |

| Deductions | | |
|---|---|---|
| Statutory | | |
| Federal Income Tax | -12.13 | 12.13 |
| Social Security Tax | -14.50 | 14.50 |
| Medicare Tax | -3.39 | 3.39 |
| DE State Income Tax | -2.08 | 2.08 |
| Other | | |
| Safety Shoes | -25.00 | 25.00 |
| Transportation | -25.00 | 25.00 |
| **Net Pay** | **$151.71** | |

Your federal taxable wages this period are $233.81







NIEL WEBSTER #141758
S.C.C.
207 DUPONT BLVD
ORGETOWN, DE 19947

CLERK
U.S. DISTRICT COURT
844 N. KING ST., LOCK BOX 18
WILMINGTON, DE 19801