## ✶ NOTICE OF CHANGE OF ADDRESS ✶
## DANIEL WEBSTER
## 1328 WEST 3RD STREET
## WILMINGTON, DE 19805-3662

11/10/05
04-361 (JJF)

I WAS BORN IN WILMINGTON, DE JANUARY, 30TH, 1957. I WAS TOLD BY DELAWARE STATE COURT JUDGES, ALL OFFICIALS OF THIS STATE OF DELAWARE, I AM AN OUT OF STATE RESIDENT.

COME ALL YE FAITHFUL; NOW. IS DELAWARE A LIAR AND UNCONSTITUTIONAL IN CALLING DANIEL WEBSTER AN OUT OF STATE RESIDENT. A MAN BORN IN WILMINGTON, DELAWARE CAN SURELY NOT BE; EVER BE A RESIDENT FROM ANOTHER DESTINATION OF LOCATION. WHERE A MAN IS BORN INTO SIN IS WHERE THIS SIN IS ALWAYS TRANSGRESSED FROM; OR IS ADAM NOT THE BEGINNING OF TRANSGRESSION FROM THE WORD OF GOD.

I SAY NOW; I AM NOT AND NEVER COULD BE AN OUT OF STATE RESIDENT BORN IN WILMINGTON DELAWARE, JANUARY 30TH, 1957 !! FACT !!

[FILED NOV 14 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE]

WOULD I BE ALLOWED TO ENTER THE U.S. COURTHOUSE TO SPEAK TO YOU? I DO NOT APPRECIATE HYPOCRITES BINDING ME IN FETTERS AND ARRESTS MADE TO "SERVE AND PROTECT SOCIETY."

THANK YOU FOR YOUR TIME AND CONSIDERATION IN THIS MATTER,

SINCERELY,

Daniel A. Webster

DANIEL WEBSTER
1328 WEST 3RD STREET
WILMINGTON, DE 19805-3662

CLERK PETER DALLEO
U.S. COURTHOUSE
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DE 19801-3570