IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DANIEL A. WEBSTER, :
:
       Petitioner, :
:
v. : Civ. Act. No. 04-361-JJF
:
RICK KEARNEY, Warden, and M. :
JANE BRADY, Attorney General :
of the State of Delaware, :
:
       Respondents. :

O R D E R

At Wilmington, this 8 day of March 2006, for the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that:

1. Petitioner Daniel A. Webster's claim based on the Fourth Amendment is **DISMISSED** for failing to present an issue cognizable on federal habeas review. (D.I. 2, at ¶ 12(b).)

2. Not later than **March 30, 2006**, Petitioner Daniel A. Webster shall either: (1) inform the Court in writing that he intends to delete the unexhausted claims for ineffective assistance of counsel and double jeopardy from his Petition and proceed only with his exhausted claim related to his mental illness defense; or (2) file a Memorandum addressing whether he had good cause for his failure to exhaust his claims for ineffective assistance of counsel and double jeopardy so that the Court can determine whether a stay of the Petition is warranted

to allow Petitioner an opportunity to present these claims to the Delaware state courts.

   3. If Petitioner fails to comply with either alternative, the Court will presume that Petitioner did not have good cause for his failure to exhaust state court remedies for his unexhausted claims and dismiss the Petition in its entirety as a mixed Petition.

   4. Because Petitioner has failed to make a "substantial showing of the denial of a constitutional right," the Court declines to issue a Certificate of Appealability pursuant to 28 U.S.C. § 2253(c)(2).

             /s/ Joseph J. Farnan
             UNITED STATES DISTRICT JUDGE