

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DANIEL A. WEBSTER,  :
:
       Petitioner,  :
:
v.  :  Civ. Act. No. 04-361-JJF
:
RICK KEARNEY, Warden, and M.  :
JANE BRADY, Attorney General  :
of the State of Delaware,  :
:
       Respondents.  :

---

Daniel A. Webster. Pro se Petitioner.

Thomas E. Brown, Deputy Attorney General, Delaware Department of Justice, Wilmington, Delaware. Attorney for Respondent.

---

**MEMORANDUM OPINION**

March 8, 2006
Wilmington, Delaware