IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DANIEL A. WEBSTER, | : | |
| Petitioner, | : | |
| v. | : | Civ. Act. No. 04-361-JJF |
| RICK KEARNEY, Warden, and M. JANE BRADY, Attorney General of the State of Delaware, | : | |
| Respondents. | : | |

### O R D E R

WHEREAS, in June 2004, Petitioner Daniel A. Webster filed an Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 ("Petition") (D.I. 2.);

WHEREAS, in a Memorandum Opinion dated March 8, 2006, the Court determined that the Petition contains both unexhausted and exhausted claims and thus, Petitioner must either voluntarily dismiss the unexhausted claims for the Court to provide federal habeas review of the exhausted claims, or file a Memorandum addressing whether he had good cause for his failure to exhaust the unexhausted claims to enable the Court to determine whether to stay the habeas proceeding to permit proper exhaustion in the state courts (D.I. 22.);

WHEREAS, the Court directed Petitioner that he had until March 30, 2006 to inform the Court in writing about how he wished to proceed, or else the Court would presume Petitioner did not have good cause for his failure to exhaust state remedies and

dismiss the Petition in its entirety as a mixed petition (D.I. 23.);

WHEREAS, on March 8, 2006, the Memorandum Opinion and Order were mailed to the last address provided by Petitioner in November 2005;

WHEREAS, on March 17, 2006, the Memorandum Opinion and Order were returned as "undeliverable";

WHEREAS, Petitioner has not filed a written statement voluntarily dismissing his unexhausted claims or explaining good cause for his failure to exhaust state remedies by the Court-ordered March 30, 2006 deadline;

WHEREAS, Petitioner apparently has been released from custody and has failed to inform the Court of his new address and no action has been taken in this proceeding for a period of at least three months, see De. Del. L.R. 41.1 (1995);

NOW, THEREFORE, IT IS ORDERED this ___ day of April, 2006 that:

1. Petitioner Daniel A. Webster's Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (D.I. 2.) is **DISMISSED** and the relief requested therein is **DENIED**.

2. The Clerk of the Court is directed to terminate this habeas action.

3. The Court declines to issue a Certificate of Appealability pursuant to 28 U.S.C. § 2253(c)(2) because

Petitioner has failed to make a "substantial showing of the denial of a constitutional right."

                                                                        _/s/ Joseph J. Farnan_
                                                                        UNITED STATES DISTRICT JUDGE